1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| KURT VON STADEN, | ) | No. C 09-3788 MMC (PR) |

11
12
13
14
15

KURT VON STADEN,                    )    No. C 09-3788 MMC (PR)
                                    )
         Petitioner,                )    **ORDER GRANTING**
                                    )    **RESPONDENT'S MOTION FOR**
    v.                              )    **EXTENSION OF TIME TO FILE**
                                    )    **RESPONSE TO PETITION**
MICHAEL S. EVANS, Warden,           )
                                    )    **(Docket No. 7)**
         Respondent.                )
_____     )

16   GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a

17   response to the petition is hereby GRANTED.  Respondent shall file a response to the

18   petition no later than **September 4, 2012**.  Within **thirty** days of the date such answer or

19   other response is filed, petitioner shall file with the Court and serve on respondent any

20   traverse or opposition thereto.

21   This order terminates Docket Number 7.

22   IT IS SO ORDERED.

23   DATED: July 9, 2012

24

_____
MAXINE M. CHESNEY

25   United States District Judge

26
27
28

**United States District Court**
For the Northern District of California