United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT VON STADEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MICHAEL S. EVANS, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 09-3788 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION**<br><br>**(Docket No. 7)** |

　　　GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED.  Respondent shall file a response to the petition no later than **September 4, 2012**.  Within **thirty** days of the date such answer or other response is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

　　　This order terminates Docket Number 7.

　　　IT IS SO ORDERED.

DATED: July 9, 2012

_____
MAXINE M. CHESNEY
United States District Judge