IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KURT VON STADEN,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL S. EVANS, Warden,**<br><br>Respondent. | Case No. C 09-3788 MMC (PR)<br><br>[~~PROPOSED~~] ORDER |

On motion of respondent and good cause appearing, it is ordered that the time for filing a response to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including January 2, 2013. Petitioner's reply if any shall be filed and served ~~within 30 days of receipt of the answer or motion~~ no later than February 4, 2013.

Dated: November 6, 2012

The Honorable Maxine M. Chesney

[Proposed] Order (C 09-3788 MMC (PR))