1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    **KURT VON STADEN,**                        Case No. C 09-3788 MMC (PR)

13                                  Petitioner,    [~~PROPOSED~~] ORDER

14          v.

15    **MICHAEL S. EVANS, Warden,**

16                                  Respondent.

17

18         On motion of respondent and good cause appearing, it is ordered that the time for filing a

19    response to the petition for writ of habeas corpus be, and the same is, extended 60 days to and

20    including January 2, 2013.  Petitioner's reply if any shall be filed and served ~~within 30 days of~~

21    ~~receipt of the answer or motion~~   no later than February 4, 2013.

22

23    Dated:  November 6, 2012_____         The Honorable Maxine M. Chesney

24

25

26

27

28

                                                           [Proposed] Order (C 09-3788 MMC (PR))