IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KURT VON STADEN,

        Petitioner,

  v.

RON DAVIS, Warden,

        Respondent.
                                       /

No. CV-09-3788 MMC (PR)
CV-09-3789 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petitions for a writ of habeas corpus are hereby DENIED, and a certificate of appealability is hereby DENIED. Judgment is entered in favor of respondent in both actions.

Dated: May 26, 2015

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk